IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                              2:08-cr-82-1

Audrey Beheler

## ORDER

There being no objections, the court hereby adopts the Report and Recommendation of the magistrate judge (Docket No. 40) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to Count 2 of the indictment, and she is hereby adjudged guilty on that count. The court will defer the decision whether to accept the plea agreement until the sentencing hearing.

Date: December 15, 2008          s\James L. Graham
                                        James L. Graham
                                        United States District Judge